RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/25/07
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR00-10025-01 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| RONALD CHARLES | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### O R D E R

On the basis of the defendant's financial affidavit in this cause, the court determines that the defendant:

___ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

_X_ is financially unable to employ counsel and appoints the Office of the Federal Public Defender for the purpose of representing defendant, or, alternatively, for the purpose of recommending counsel for appointment from the CJA Panel, and as a condition of the appointment

___ is ordered to pay to the Clerk of Court the monthly sum of $____ by the ___th of each month beginning _____, to help defray the payment to be made to court appointed counsel, until the attorney's bill, which shall be submitted to the court, is paid.

___ is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 25th day of June, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE